IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

V.            Civil No. 05-2081
Criminal No. 99-20031

TYRONE COLLINS            DEFENDANT/MOVANT

## O R D E R

On this 3rd day of November 2005, there comes on for consideration the report and recommendation filed in this case on October 26, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate for the Western District of Arkansas. (Doc. 42.) Movant has filed written objections. (Doc. 43.)

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion is DISMISSED as barred by the statute of limitations.

IT IS SO ORDERED.

           /s/ Robert T. Dawson
           Honorable Robert T. Dawson
           United States District Judge