IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             No. 2:99-CR-20031

TYRONE COLLINS                                                         DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 53) from United States Magistrate Judge Mark E. Ford. The Defendant has filed objections (Doc. 58). The Magistrate recommends that the Court deny Defendant's motion to vacate. The Court has conducted de novo review of those portions of the report and recommendation to which Defendant has objected. 28 U.S.C. § 636(b)(1). The objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 48) is DENIED and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of October, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE